**J. Clay McCaslin**, OSB No. 041684
E-mail: clay@mccaslinfirm.com
LAW OFFICE OF J. CLAY MCCASLIN
One SW Columbia, Suite 1850
Portland, OR 97258
Telephone: (503) 239-1910
Fax:         (503) 926-9150
   Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| LESLIE VINCENT, as Guardian Ad Litem for, Z.V., a minor,<br><br>                    Plaintiff,<br><br>         v.<br><br>OFFICER JAMES SEYMOUR, an individual; TERRI BOTHWELL, an individual; SARAH LUDLOW, an individual; NANCY SELTZER, an individual; and the GRESHAM-BARLOW SCHOOL DISTRICT, a municipal corporation of the State of Oregon,<br><br>                    Defendants. | Case No. CV-10-1390-ST<br><br>**MOTION TO DISMISS CLAIMS AGAINST TERRI BOTHWELL, SARAH LUDLOW, NANCY SELTZER, AND THE GRESHAM-BARLOW SCHOOL DISTRICT** |

### LR 7.1 CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1, undersigned counsel J. Clay McCaslin, attorney for Plaintiff, hereby certifies that he has conferred with Karen Vickers (counsel for defendants Bothwell, Ludlow, Seltzer, and the Gresham-Barlow School District), who does not object to the filing of this motion.

**Page 1--MOTION TO DISMISS CLAIMS AGAINST TERRI BOTHWELL, SARAH LUDLOW, NANCY SELTZER, AND THE GRESHAM-BARLOW SCHOOL DISTRICT**

J. CLAY MCCASLIN, OSB NO. 041684
One SW Columbia, Suite 1850
Portland, OR 97258
Telephone: (503) 239-1910
FAX: (503) 926-9150

## MOTION

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Leslie Vincent, as guardian *ad litem* for Z.V., a minor, ("Plaintiff"), by and through undersigned counsel, hereby moves to dismiss this action with prejudice as to defendants Terri Bothwell, Sarah Ludlow, Nancy Seltzer, and the Gresham-Barlow School District, and without costs or attorney fees to any party.

DATED this 17th day of October, 2011.

Respectfully Submitted,

LAW OFFICE OF J. CLAY MCCASLIN

 /s/ J. Clay McCaslin
J. Clay McCaslin, OSB #041684
Attorney for Plaintiff
Telephone: (503) 239-1910
clay@mccaslinfirm.com

**Page 2--MOTION TO DISMISS CLAIMS AGAINST TERRI BOTHWELL, SARAH LUDLOW, NANCY SELTZER, AND THE GRESHAM-BARLOW SCHOOL DISTRICT**

J. Clay McCaslin, OSB No. 041684
One SW Columbia, Suite 1850
Portland, OR 97258
Telephone: (503) 239-1910
FAX: (503) 926-9150