UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

LESLIE VINCENT, as Guardian Ad Litem for,
Z.V., a minor,

        Plaintiff,

               v.

OFFICER JAMES SEYMOUR, an individual;
TERRI BOTHWELL, an individual; SARAH
LUDLOW, an individual; NANCY SELTZER,
an individual; and the GRESHAM-BARLOW
SCHOOL DISTRICT, a municipal corporation
of the State of Oregon,

        Defendants.

Civil No. 3:10-cv-01390-ST

ORDER OF DISMISSAL OF CLAIMS
AGAINST TERRI BOTHWELL,
SARA LUDLOW, NANCY SELTZER,
AND THE GRESHAM-BARLOW
SCHOOL DISTRICT ONLY

Order granting plaintiff's Motion to Dismiss Claims [21] with prejudice as to defendants

Terri Bothwell, Sarah Ludlow, Nancy Seltzer, and the Gresham-Barlow School District, and

without costs or attorney fees to any party.

Dated this ____ 19th ____ day of October, 2011.

_____
ANNA J. BROWN
UNITED STATES DISTRICT JUDGE