UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

LESLIE VINCENT, as Guardian Ad Litem for, Z.V., a minor,

    Plaintiff,

v.

OFFICER JAMES SEYMOUR, an individual; TERRI BOTHWELL, an individual; SARAH LUDLOW, an individual; NANCY SELTZER, an individual; and the GRESHAM-BARLOW SCHOOL DISTRICT, a municipal corporation of the State of Oregon,

    Defendants.

Civil No. 3:10-cv-01390-ST

ORDER OF DISMISSAL OF CLAIMS AGAINST OFFICER JAMES SEYMOUR

Order granting plaintiff's Motion to Dismiss Claims [23] with prejudice as to defendant Officer James Seymour, and without costs or attorney fees to any party.

Dated this  7th.  day of November, 2011.

      /s/ ANNA J. BROWN
      ANNA J. BROWN
      UNITED STATES DISTRICT JUDGE